UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SMITHFIELD BEEF GROUP - SOUDERTON, INC.,**<br>249 Allentown Road,<br>Souderton, PA 18964<br>(a Pennsylvania corporation)<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**CENTER MARKET PROVISIONS COMPANY, INC.,**<br>115 R Street N.W.<br>Washington, D.C. 20024<br>(a District of Columbia corporation)<br><br>　　　　　Defendant. | Case: 1:08-cv-01226<br>Assigned To : Roberts, Richard W.<br>Assign. Date : 7/17/2008<br>Description: Contract<br><br>**JURY TRIAL DEMANDED** |

### COMPLAINT

SMITHFIELD BEEF GROUP - SOUDERTON, INC. ("SMITHFIELD"), by and through its undersigned counsel, brings this action for breach of contract against CENTER MARKET PROVISIONS COMPANY, INC. ("CENTER MARKET") and alleges as follows:

### The Parties

1.　SMITHFIELD is a beef processor and wholesaler formerly known as Moyer Packing Company. SMITHFIELD is incorporated in Pennsylvania and maintains its principal place of business in Pennsylvania.

2.　CENTER MARKET is, on information and belief, a wholesale meat distributor. CENTER MARKET is incorporated in the District of Columbia and maintains its principal place of business in the District of Columbia.

1

## Jurisdiction and Venue

4. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332(a)(1) because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00.

5. This Court has personal jurisdiction over CENTER MARKET because CENTER MARKET is a corporation incorporated in and doing business in the District of Columbia.

6. Venue is proper in this Court under 28 U.S.C. § 1391(a)(1), as the sole defendant, CENTER MARKET, resides in the District of Columbia.

## Background

7. In or about April of 2004, CENTER MARKET, through its President, Avivolah T. "Tom" Lotfabadi ("Lotfabadi"), completed a credit application with Moyer Packing Company (now known as SMITHFIELD). After completing the application, CENTER MARKET began purchasing beef products from SMITHFIELD.

8. CENTER MARKET ordered various beef products from SMITHFIELD on five separate occasions in June and July of 2007.

9. SMITHFIELD filled each of CENTER MARKET's orders and timely delivered the products CENTER MARKET had ordered.

10. Each delivery of beef products from SMITHFIELD was accompanied by an invoice providing that payment was due to SMITHFIELD within seven days of CENTER MARKET's receipt of the products it had ordered.

11. The total invoiced amount for the products delivered to CENTER MARKET by SMITHFIELD was $112,283.68.

12. CENTER MARKET accepted SMITHFIELD's products as delivered.

13. CENTER MARKET has failed to pay for the vast majority of products it received from SMITHFIELD, either by refusing to remit payment or, in most cases, attempting to remit payment in the form of checks that have been returned for insufficient funds.

14. CENTER MARKET has paid to SMITHFIELD a total of $1,861.94 in checks that cleared.

15. Subtracting the amount that CENTER MARKET has paid to SMITHFIELD, CENTER MARKET owes SMITHFIELD a total of $110,421.74 for the beef products it ordered in June and July of 2007.

16. SMITHFIELD has attempted to collect payment from CENTER MARKET on several occasions but has been unsuccessful.

## COUNT I
### Breach of Contract (Uniform Commercial Code)

17. SMITHFIELD realleges paragraphs 1 through 16 and incorporates them by reference herein.

18. By placing orders with SMITHFIELD, then accepting products on delivery from SMITHFIELD, CENTER MARKET entered into a contract to purchase the products from SMITHFIELD for the stated price.

19. SMITHFIELD's invoices evidence the contract between the parties.

20. By failing to pay SMITHFIELD for the products, CENTER MARKET breached the parties' contract.

21. As a result of CENTER MARKET's breach, SMITHFIELD has suffered damages, i.e., the loss of the purchase price of its goods.

WHEREFORE, Plaintiff SMITHF... emands judgment against Defendant CENTER MARKET for damages, interest, and costs and attorney's fees as allowed by law, and for such other relief as this Court deems necessary and appropriate.

Dated: July 17, 2008

Respectfully submitted,

_____
Whitney C. Ellerman (D.C. Bar #420486)
Kristine A. Rembach (D.C. Bar #482501)
HUNTON & WILLIAMS LLP
1900 K Street N.W.
Washington, D.C. 20006
(202) 955-1500 (phone)
(202) 778-2201 (fax)
wellerman@hunton.com

Counsel for Plaintiff

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Smithfield Beef Group - Souderton, Inc.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
Center Market Provisions Company, Inc.

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** 11001
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Whitney C. Ellerman
Kristine A. Rembach
Hunton & Williams LLP
1900 K Street N.W.
Washington, D.C. 20006  (202) 955-1500

Case: 1:08-cv-01226
Assigned To : Roberts, Richard W.
Assign. Date : 7/17/2008
Description: Contract

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
● 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ● 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ● 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. *Antitrust*
☐ 410 Antitrust

### ○ B. *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. *Administrative Agency Review*
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. *Temporary Restraining Order/Preliminary Injunction*
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. *General Civil (Other)*     OR     ○ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Comm ICC Rates/etc
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (If not administrative agency review Privacy Act

| ⚪ G. *Habeas Corpus/ 2255* | ⚪ H. *Employment Discrimination* | ⚪ I. *FOIA/PRIVACY ACT* | ⚪ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ⚪ K. *Labor/ERISA (non-employment)* | ⚪ L. *Other Civil Rights (non-employment)* | ⦿ M. *Contract* | ⚪ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
⦿ 1 Original Proceeding  ⚪ 2 Removed from State Court  ⚪ 3 Remanded from Appellate Court  ⚪ 4 Reinstated or Reopened  ⚪ 5 Transferred from another district (specify)  ⚪ 6 Multi district Litigation  ⚪ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. 1332(a)(1) Diversity Suit - Breach of Contract

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐   DEMAND $ 110,421.74   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 7/17/2008   SIGNATURE OF ATTORNEY OF RECORD [signature]

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.