CO-386-online
10/03

# United States District Court
# For the District of Columbia

**RECEIVED**
JUL 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SMITHFIELD BEEF GROUP - )
SOUDERTON, INC. )
)
)
         Plaintiff )
vs )
)
CENTER MARKET PROVISIONS )
COMPANY, INC. )
)
         Defendant )

Case: 1:08-cv-01226
Assigned To : Roberts, Richard W.
Assign. Date : 7/17/2008
Description: Contract

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Smithfield Beef Group - Souderton, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Smithfield Beef Group - Souderton, Inc.__ which have any outstanding securities in the hands of the public:

   Smithfield Foods, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

420486
BAR IDENTIFICATION NO.

Whitney C. Ellerman, Hunton & Williams LLP
Print Name

1900 K Street N.W.
Address

Washington, DC  20006
City    State    Zip Code

202-955-1500
Phone Number