AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Smithfield Beef Group - Souderton, Inc.  )
                                          )
        Plaintiff(s)                      )     **APPEARANCE**
                                          )
                                          )
        vs.                               )     CASE NUMBER   08-cv-1226 (RWR)
Center Market Provisions Company, Inc.    )
                                          )
        Defendant(s)                      )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Kristine A. Rembach__ as counsel in this
                               (Attorney's Name)

case for: __Smithfield Beef Group - Souderton, Inc.__
          (Name of party or parties)

08/13/2008
Date

*[signature]*
Signature

Kristine A. Rembach
Print Name

D.C. Bar # 482501
BAR IDENTIFICATION

Hunton & Williams LLP, 1900 K St. N.W.
Address

Washington, D.C.  20006
City         State         Zip Code

202-955-1518
Phone Number