AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Smithfield Beef Group - Souderton, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Center Market Provisions Company, Inc.

Case: 1:08-cv-01226
Assigned To : Roberts, Richard W.
Assign. Date : 7/17/2008
Description: Contract

TO: (Name and address of Defendant)

Center Market Provisions Co., Inc., c/o of registered agent:

Kiumars Hakimzadeh
1101 30th Street, N.W. #500
Washington, D.C. 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Whitney C. Ellerman
Kristine A. Rembach
Hunton & Williams LLP
1900 K Street N.W.
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

CLERK

DATE   July 17, 2008

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Smithfield Beef Group - Souderton, Inc. </br></br></br>Plaintiff</br></br>v.</br>Center Market Provisions Company, Inc.</br></br></br>Defendant | )</br>)</br>)</br>)</br>) Case No.: 1:08-cv-01226</br>)</br>)</br>)</br>)</br>)</br>) |

### AFFIDAVIT OF SERVICE

I, Ambiko Guice, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Letter dated July 24, 2008, Summons, Complaint, Civil Cover Sheet and Certificate Rule LCvR7.1

SERVE TO: Center Market Provisions Company, Inc c/o Kiumars Hakimzadeh, Registered Agent
SERVICE ADDRESS: 115 R Street, SW, Washington, DC 20024

DATE SERVED: August 04, 2008   TIME SERVED: 4:00 PM
PERSON SERVED: Avivolah Lotfabadi, President, authorized to accept.

Described herein:
Gender: Male   Race/Skin: White/Middle Eastern   Hair: Black   Age: 55   Height: 6'0"   Weight: 225

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

8-11-08
Executed on:

Ambiko Guice
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-005692                                                                                           Client Reference: 27120.002029